UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| AMANDA M. OLIVEIRA, as Administrator of the Estate of Mary Frances Crocker, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV424-014 |
| WALMART, INC., and ELWYN CROCKER, SR., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed her Complaint in the Superior Court of Effingham County, Georgia, and Defendant Walmart, Inc. ("Walmart") removed it to this Court. *See* doc. 1. Plaintiff has filed a Motion to Remand, doc. 17, and Walmart has filed a Motion for Judgment on the Pleadings, docs. 2 & 22. Those Motions are all pending before the District Judge. The parties have also submitted their Rule 26(f) Report, doc. 18, and Walmart has moved for a stay of discovery pending disposition of its Motion, doc. 23. Now, Walmart seeks an informal discovery dispute conference. Doc. 31. That request is **GRANTED**. Doc. 31. The parties are **DIRECTED** to appear for a video discovery dispute conference at 1:00 p.m. on March

11, 2024. The parties will be contacted by email with login instructions for the video conference.

Consistent with the undersigned's Standard Procedures for Discovery Disputes, Walmart has submitted a letter brief outlining its position regarding the discovery dispute. That letter indicates that some discovery deadlines may fall prior to the discovery dispute conference. To maintain the status quo, all discovery deadlines are **STAYED** pending the videoconference on March 11. This stay shall not apply to any deadlines related to the pending Motion to Remand, doc. 17, Motion for Judgment on the Pleadings, doc. 31, or Motion to Stay, doc. 23. The Court will further instruct the parties regarding discovery deadlines, as necessary, during the conference.

**SO ORDERED**, this 5th day of March, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA